UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                    Criminal No. 10-cr-120-01-JL

Raymond Alleyne

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted. This court disfavors 90-day continuances, but will allow this one based on defense counsel's convalescence, as well as the other factors stated in the motion. No further continuances.  Final Pretrial is rescheduled to February 11, 2011 at 10:00 AM; Trial is continued to the two-week period beginning March 8, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  November 12, 2010

cc:     Richard Hubbard, Esq.
        Terry Ollila, Esq.
        U.S. Marshal
        U.S. Probation